UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JACQUELINE MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 1:15-cv-01872-JMS-MPB |
| | ) |
| ELI LILLY AND COMPANY, | ) |
| | ) |
| Defendant. | ) |

**JOINT REPORT AND REQUEST FOR ADMINISTRATIVE STAY**

Counsel for the parties in this matter and in the other Cymbalta personal injury withdrawal cases pending in various federal and state courts around the country have finalized a settlement framework agreement that will govern the potential settlement of Plaintiff's claim. The parties will seek appointment of a Special Master in the California coordinated proceedings, who will evaluate medical records underlying all claims submitted for settlement, including Plaintiff's claim herein, and recommend individual settlement offers to be made by Lilly. All claimants will then have the opportunity to accept or reject their respective individual settlement offers.

Based on the timeline set forth in the settlement framework agreement, the submission and review of all Cymbalta claimants' medical records, including the formulation of individual settlement offers and the transmittal of those offers to claimants, will take approximately 250 days from this submission. Plaintiff will then have up to 120 days to accept or reject her individual settlement offer. The parties therefore expect that they will be in a position to either dismiss or proceed with this matter by September 1, 2017.

I\10622364.1

Accordingly, the parties respectfully request that the Court place this matter on an extended or administrative stay until September 1, 2017.

Dated:  August 10, 2016                                             Respectfully submitted,

| POGUST BRASLOW& MILLROOD LLC | ICE MILLER LLP |
|---|---|
| *s/ Sarah O. Schindler (w/consent)* | *s/ Nancy Menard Riddle* |
| Sarah O. Schindler | Nancy Menard Riddle, Atty. No. 15075-49 |
| Email:  sschindler@pbmattorneys.com | Email: Nancy.Riddle@icemiller.com |
| Harris L. Pogust | Phone: (317) 236-2189 |
| Email:  hpogust@pbattorneys.com | Fax: (317) 592-4740 |
| Eight Tower Bridge, Ste. 940 | Mary Nold Larimore, Atty. No. 9877-49 |
| 161 Washington Street | Email: Larimore@icemiller.com |
| Conshohocken, PA 19428 | Phone:  317-236-2407 |
| Telephone: 610-941-4204 | Fax: (317) 592-4688 |
| Fax: 610-941-4245 | One American Square, Suite 2900 |
| | Indianapolis, IN 46282-0200 |
| Robert Brent Wisner | |
| BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C. | Michael X. Imbroscio |
| 12100 Wilshire Boulevard, Suite 950 | Phone (202) 662-5694 |
| Los Angeles, CA  90025 | Email: mimbroscio@cov.com |
| Telephone: 310-207-3233 | Phyllis A. Jones (*admitted Pro hac vice*) |
| Fax: 310-820-7444 | Phone: (202) 662-5868 |
| rbwisner@baumhedlundlaw.com | Fax: (202) 778-5868 |
| | pajones@cov.com |
| *Attorneys for Plaintiff* | COVINGTON & BURLING LLP |
| | One City Center |
| | 850 Tenth Street, NW |
| | Washington, D.C. 20001-4956 |
| | |
| | *Attorneys for Defendant Eli Lilly and Company* |