UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JACQUELINE MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:15-cv-01872-JMS-MPB |
| | ) | |
| ELI LILLY & COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On August 10, 2016, the parties in this matter filed a Joint Report and Request for Administrative Stay in which they advised that the parties are working toward settlement and jointly requested that the Court "place this matter on an extended or administrative stay until September 1, 2017." The Court then issued an Order to Show Cause why the case should not be administratively closed, instead of stayed, without prejudice for any party to move to re-open it on or before October 1, 2017. On August 22, 2016, the parties filed a Joint Response to Order to Show Cause and Consent to Administrative Closure, indicating that they do not object to the Court's proposed course of action.

Accordingly, the Court **GRANTS IN PART** the parties' Request for Administrative Stay, [Filing No. 41], to the extent that it **ORDERS** the Clerk to **ADMINISTRATIVELY CLOSE** this case, without prejudice for any party to move to re-open it on or before October 1, 2017. If no motion to re-open is filed by that date, the administrative closure will convert to a dismissal with prejudice.

Date: 8/23/2016

_Jane Magnus-Stinson_
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**